# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00080-CV

**Sunbelt Transformers, Inc., Appellant**

**v.**

**Thomas Jarolik, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 184288-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant and appellee filed an agreed motion to vacate the trial court=s judgment and dismiss this appeal because they have settled all issues between them and no longer desire to pursue this appeal.

In accordance with the agreement of the parties, the judgment of the trial court is vacated and this appeal is dismissed, with costs taxed against the party incurring same. Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Agreed Motion

Filed:   April 10, 2003